DEV 1330.18
September 18, 2019
Page 6

Attachment A

---

**INFORMAL RESOLUTION INSTRUCTIONS:** <u>STAFF</u> MUST COMPLETE AND ATTACH THE ORIGINAL OF THIS FORM TO EACH BP-9 WHEN THE COMPLAINT CANNOT BE INFORMALLY RESOLVED. THE BP-9 WILL NOT BE ACCEPTED WITHOUT THIS COMPLETED FORM, EXCEPT THOSE APPEALING UDC ACTIONS. INFORMAL RESOLUTION FORMS WILL NEVER BE GIVEN TO THE INMATE TO COMPLETE.

NAME: Dewayne Dudley   REG. NO.: 14208510   UNIT: GA

DATE BP-9 REQUESTED: _____

DATE BP-9 ISSUED: _____

DATE BP-9 RETURNED: _____

INMATE'S COMPLAINT: On Oct 11, 2024 unknown C/O packed out my personal property. I have yet to be given a property form with the inventory from my lockers. I am missing 12 stamps at minimum. I will complete a reimbursement via cop out w/rent my check.

RELIEF REQUESTED: 12 stamps reimbursed, and any other missing items. Anytime a inmates property is packed out and they are not present, a property form with every item on it, and (C/Os name)

ACTION TAKEN TO INFORMALLY RESOLVE COMPLAINT: What steps have you taken to informally resolve this matter? Have you spoken to Shu property? Shu LT? Captain? Prior to seeking Admin Remedy. Also missing property is a tort claim.

CORRECTIONAL COUNSELOR: _____   DATE: _____

UNIT MANAGER: _____   DATE: _____

10/29/24

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Dudley DewAyne L__  __14208510__  __GA 103L__  __FMC Devens__
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** I am Requesting DHO Sanctions be modified Due to Staff Misconduct (see attached). On Oct 11, 2024 I was placed in SHU, The C/O who packed my property did not fill out property sheet form, Destroyed my Makeup intentionally, witnessed by Inmates, Neer, Cherrer, Cline. In the process $175.29 of my property was thrown away. In SHU female officer took my panties, gave me boxers (male) violating Transgender Program Statement, from 10/11 - 10/18 I was not given access to A razor asked 3 different staff. I was held past my DX Time by 1 Day. After speaking with Unit Manager Patronic He agrees that reparations should happen. I'm asking Commissary Restriction end 11/30/2024 and 15 days of my 60 good time returned.

__11/17/2024__ DATE    SIGNATURE OF REQUESTER

**Part B- RESPONSE**


_____    _____
DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

TRULINCS 14208510 - DUDLEY, DEWAYNE LEWIS - Unit: DEV-G-A

---

FROM: 14208510
TO:
SUBJECT: Request For Transcript of all documents filed
DATE: 09/28/2024 04:58:23 PM

REQUEST FOR THE TRANSCRIPT:
 Dewayne Dudley #14208510
 Devens FMC Unit Ga 127 L
Po Box 879
Ayers Ma 01432
Case# 5:24-ct-03021-BO

Forma Pauperis       I am requesting the Government provide the transcript of all documents in my case that was originally filed In the Northern District of Oklahoma, moved to Western District, Moved to North Carolina Eastern District and then to Mass. Eastern District. and now the 4th Circuit Court of Appeals

I was ruled by a federal judge to be indigent due to losing my vehicle to the FBI, and monies that I did have personal access to I no longer have access and the 100.00 deposits to my account will end shortly.
I work in food service on compound and make 16.83 monthly. 4.00 and change weekly
Plaintiff Prays that the court see the forth rightness of the plaintiff and request the Court rule in her favor. Plaintiff also notifies the court with this request that I am currently in the process of my name change to a female name and that plaintiffs listing and testing is done by FBOP as a heterosexual female .

                                                    Sincerely,
                                                    Ms. Dudley



TRULINCS 14208510 - DUDLEY, DEWAYNE LEWIS - Unit: DEV-G-A

----------------------------------------------------------------------------------------------

regarding this issue   28 CFR $$ 115.42 (D) 28  CFR 115.42 (E)  28 CFR 115.42 (F)
other citations: 2016 guidelines issued by DOJ Report National Institute of Corrections, Policy Review and Development Guide LGBTQ-I persons in custodial settings (2013) Administrative Segregation and the ensuing isolation from general population for purposes of safety often exacerbates mental health conditions of depression and gender dysphoria.
Cases already decided by Federal Courts are as follows: Adkins v. city of New York 143 F. Supp. 3d 134 (SDNY2015) previously cited Doe v. Mass. Dept.. of Corrections, Tate's V. Blanas N0. S-00-2539 2003 U. S. Dist.. Lexis 26029 (ED Cal Marchle 2003)
Medina-Tejada v. Sacramento County N0. CIV-S. 04-138 2006 U.S. Lexis 7331 (ED CAL Feb.. 24, 2006)
Total separation T-SEP unconstitutional because it  treated transgender people worse than others and placed most of them in parts of the facility reserved for the most dangerous and violent prisoners. Courts also found that transgender people are also a quasi-suspect class that receive heightened scrutiny LGBTQ Discrimination cited in the following:
Grimm v. Gloucester city school board 972 F. 3d. 586 (4th Circ.2020) , Adams v. Sch. Bd of St John County 968 F. 3d. 1286 (11th Circ 2020), Karnoski v. Trump 926 F. 3d.  1180 9 9th Circ.2019), Whitaker v. Karosha Unified Sch District No. 1 BD of education 858 F. 3d. 1034 (7th Circ 2017), I have cited these various  cases becaue I wanted the Review to be based on a rational, comprehensive review conducted to cite precendt and not my wished or my entitlement that I have struggled with. I believe that you can look at these and my record, no disciplinary actions, that I present very little or no Penological issues that would cause a denial.
Please feel free to contact my case manager Ms. Levesque in H unit oe any clinician on staff in the S.O.T.P.-R ( Dr Renaud, Mr. Thibault, Ms.. Sherblom, Ms., Bossotto, Dr Bowels, Dr Aquino, Ms. Chemeliski), and feel free to check amongst my peers to get their feelings as well. I appreciate your review , consideration and your support in this matter.
Side Note: I could accept placement at a female camp. My being placed into a female facility would be detrimental to my mental health, safety, and security. Having the Vagina Plasty and returning to a male facility, if camp placement cannot be done through a memorandum of understanding for special placement authorization, would be the best fit for me mentally with regards to my safety and security.
Sincerely,
Ms. Katie Dudley

TRULINCS 14208510 - DUDLEY, DEWAYNE LEWIS - Unit: DEV-G-A
----------------------------------------------------------------------------------

FROM: 14208510
TO:
SUBJECT: Informal Brief
DATE: 10/03/2024 02:34:33 PM

Informal Brief

    Accountability Roles: U.S. Marshall Clayton Johnson- Approved a full set of dentures and then revoked the approval in Retaliation for plaintiff naming him as a defendant.
    Butner LSCI -Institution failed to me the guide lines of adequate and timely health care as related to Dental
    Warden Shelby was responsible for the overall running of Butner Low
    Dental Doctor at Butner low- Failed to accurately access the need of Plaintiff placing her on the national list
    Doctor Delk Psychologist- had me sign an email from The Transgender Executive Committee that said to get my surgeries approved I would need to go take a 9 month non-residential program, Plaintiff was sent to Devens FMC to Unit Ga a 18 month Residential program- this is a fraudulent agreement
    Devens FMC has not provided adequate or timely health care- Dental having not put policies in place that when buses come in with inmates, that inmates on the compound are not effected due to the fluctuating national list.
    Warden Bowers is responsible for the over all running of the Institution, and as such ahs failed to see his staff has followed the rulings from federal courts on Slow walking and deliberate indifference.
    Dental doctor has failed to ensure plaintiffs dental needs are met.
    Transgender Council has not secured a contract for gender Affirming surgeries for 4 years showing non timely health care. also do not ensure legal documents signed are in fact followed.

TRULINCS 14208510 - DUDLEY, DEWAYNE LEWIS - Unit: DEV-G-A
---

FROM: 14208510
TO:
SUBJECT: Issue 2 through Issue 4 and Arguments
DATE: 10/03/2024 11:05:55 AM

Defendants:
US Marshall for Northern District of Oklahoma  Clayton Johnson Official and Private Compacity
FNU Battles Official and Private compacity
Holly McNaulty Medical Administrator Official and Private Compacity
Butner LSCI  Warden Shelby official and Private Compacity , Dental Doctor, Dr Delk MD. FNU, LNU.  OFFCIAL and Private Compacities Transgender Executive Committee,  Devens FMC, Warden Bowers  Official and Private Compacity, Mr. Weinberger Official and Private Compacity, Dental Doctor Devens FMC Devens, Official and Private Compacity.
 Plaintiff advises the court of the following: There is no Doctor on site at Deven Medical Center, Tele Med, also AW Chano, advised the Transgender Group yesterday (9-30-2024),there is no Gender Dysphoria Certified doctors or clinicians at any BOP Facility, and that FBOP Carswell the women's prison in Texas is the only place other than the Transgender Executive Committee that has those person certified in gender Dysphoria, so all decisions made by Medical staff in treatment of Transgender inmates can be construed to be at best guessing and does not meet the standard of Adequate medical care, defined by the Federal Courts. This Diagnosis is a mental and physical health issue and is not the standard medical care seen in BOP Facilities at sick call and medical call outs. Aw Chano said she was the health administrator at Carswell and was the person who handled Transgender issues. She also stated that as of years ago The FBOP was in the process of getting a contract for gender affirming surgery, and as of yesterday she did not know if the BOP had finalized the contract, which can be construed that the gender affirming surgeries and consultations have been stymied and no gender affirming surgeries have happened which violate the 8th Amendment Cruel and Unusual Punishment.
Edmo v. Corizon Inc. 935 F.3d. 7579(9th Circ. 2019), Brown v. Zarvaras 63 F. 967 970 (10th Circ.1995), denying people with Gender Dysphoria  (any treatment) Could Violate the 8th Amendment   Allah v. Thomas 679 F. Appx. 216 220-21 (3rd Circ. 2017) Prison Officials cannot deny medical treatment because it is new or expensive. Also evaluation by someone who has little or no experience of Gender Dysphoria treatment such as a physicians assistant or nurse practioner is a violation of the 8th Amendment.
 The plaintiff wishes to advise the court that in many cases similar to mine The BOP often according to a Chief Judge inn Chicago likes to play plinko like on the Price is Right or Wack A Mo,  So without the court ordering the BOP to provide the court with a schedule of the surgeries by colander along with the Physician who has been contracted to perform the surgeries, then they stall and take their time in following the courts order. Usually Leading to running the time out for the prisoner until they are getting out then they say they don't have the time to do the surgeries. as the recovery time for these 3 surgeries are long with out any complications.

Issue#3  Access to gender expression product. Mascara, Lip stick, nail polish ( see attached copy of a Federal Prison in Arizona where the FBOP has approved these items on the regulars commissary). It is a higher security level than Devens FMC , so I ask the court to construe the Turner Test does not apply to this specific issue as it is already allowing transgenders and females at that Federal Institution. This is a Violation of my 4th Amendment rights Equal protection, and is discriminator to me in particular.  Courts have found that transgender person are a quasi-suspect class that receive higher scrutiny  Grimm v.Gloucester city school board 972 F. 3d. 586 (4th Circ. 2020), Adams v. Sch. Bd. of St. John County 968 F. 3d. 1286(11th Circ. 2020), Karnoski v. Trump 926 f. 3d. 1180 (9th Circ. 2019) Whitaker v. Karosha Unified Sch. District No.1 BD. of Education 858 F. 3d. 1034 (7th Circ. 2017)

#4 Housing and facility Designation- I am seeking, to be exempted from the 1 year requirement of living in a female prison, As is stated in my PSI that I lived in the free world as female for 13 years, I have consistently presented female in county jail, Tulsa Oklahoma, Cimarron, (Alpha North)  Butner LSCI , and Devens FMC, And in no facility has their been a documented incident of me Presenting female has cause a security incident nor put staff or the facility , nor have I been sexually assaulted, nor have I has their been substantiated case of PREA Involving. So Unless the FBOP or staff plan to violate my medical privacy, (HIPPA), and tell the compound that I am completely female, or have some form of that on my uniform, due to me will have over 2 years of not sexually acting out, I am curious as how they will explain to the court how the inmates or staff would know?  The only difference noticeable outwardly would be my facial  feminization and my breast would be bigger than they currently are. There is PREA Statues against the assigning of inmates to institutions based on their assigned sex. PREA POLICY 28 CFR $$  115.42 (D), 28 CFR 115.42 (E) 28 CFR 115.42 (F) Adkins v. city of New York 143 F. Supp. 3d. 134 (SDNY2015)  Doe v. Mass. Dept. of Corrections  Tate's v. Blanas N0. S-00-2539 2003 U.S. Dist. Lexis 26029 (ED CAL Marchie 2018)

  Plaintiff Prays for the surgeries and  issues addressed in 1-4 be found in her favor and that the Court would award the damage amount of 2500.00 plus what the Court finds as a reasonable amount for the mental stress and Physical Pain suffered by the Plaintiff. Plaintiff also ask that the Court take into consideration the retaliation by Marshall Clayton and see the extent Plaintiff