UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                )
DEWAYNE LEWIS DUDLEY,           )
      Plaintiff,                )
                                )    Civil Action No.
      v.                        )    24-13038-NMG
                                )
ASSISTANT WARDEN CHANO, et al., )
      Defendants.               )
                                )
```

ORDER

GORTON, J.

On August 14, 2025, the Court denied Plaintiff's renewed motion for leave to proceed in forma pauperis because he had not included the six-month prison account statement required by 28 U.S.C. § 1915(a)(2). (Docket # 12). The Court stated:

> If Plaintiff wishes to proceed with this action, Plaintiff must either (1) pay the entire $405 filing fee; or (2) seek leave to pay the filing fee over time by filing a motion for leave to proceed in forma pauperis with the required prison account statement. Failure to do so within twenty-eight (28) days of the date of this order will result in dismissal of this action without prejudice.

Id.

On October 7, 2025, Plaintiff filed a second renewed motion for leave to proceed in forma pauperis but again failed to include the required prison account statement. (Docket # 14).

Accordingly, this action is DISMISSED without prejudice for failure to pay the filing fee.

**So ordered.**

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated: October 27, 2025