UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DEWAYNE LEWIS DUDLEY,<br>  Plaintiff,<br><br>  v.<br><br>ASSISTANT WARDEN CHANO, et al.,<br>  Defendants. | Civil Action No.<br>24-13038-NMG |

ORDER

GORTON, J.

On October 29, 2025, this action was dismissed without prejudice for Plaintiff's failure to pay the filing fee. (Docket # 15). Now pending are several motions that were filed in this closed action. On November 24, 2025, Plaintiff filed a motion for leave to proceed in forma pauperis with a prison account statement. (Docket # 18). On December 1, 2025, Plaintiff filed a motion for leave to proceed in forma pauperis and appointment of counsel. (Docket # 19). On December 29, 2025, Plaintiff filed a Motion for Preliminary Injunction. (Docket # 21).

This action was dismissed and the case is now closed. In order to seek judicial relief, Plaintiff may commence a new civil action and either file a motion for leave to proceed in forma pauperis with his prison account statement or pay the $402

filing fee.¹ The Court takes no position on the viability of any of Plaintiff's claims.

**So ordered.**

/s/ Nathaniel M. Gorton
_____
Nathaniel M. Gorton
United States District Judge

Dated: December 30, 2025

---

¹ Plaintiff is reminded that if he is allowed to proceed without prepayment of the filing fee, he will still be required to pay a $350 fee over time, regardless of the outcome of the case.